# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**WESAM AL DELAEMA,**
  also known as Wesam Khalaf Chayed Delaeme
DOB: 2/15/1973

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, MICHAEL R. O'CALLAGHAN, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**See Attachment A.**

in violation of Title  18   United States Code, Section(s) 2332(b)(2), 2332a(a)(1)&(3), 924(c), 924(o) and 2.

I further state that I am   Michael R. O'Callaghan, Special Agent with the Federal Bureau of Investigation,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, GREGG A. MAISEL   (202) 514-7746
Sworn to before me and subscribed in my presence,

Signature of Complainant
Michael R. O'Callaghan, Special Agent
Federal Bureau of Investigation

_____         at     Washington, D.C._____
Date                                        City and State

_____      _____
Name & Title of Judicial Officer             Signature of Judicial Officer