UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-0420M-01 |
| ) | |
| v. ) | |
| ) | |
| WESAM AL DELAEMA, ) | |
| also known as Wesam Khalaf Chayed Delaeme, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court to enter a written order confirming, *nunc pro tunc*, its prior oral order to unseal the Criminal Complaint, the Affidavit in Support of Complaint and the Arrest Warrant filed in the above-referenced matter, and in support thereof states as follows:

On Wednesday, July 27, 2005, Magistrate Judge Deborah A. Robinson signed a Criminal Complaint, charging defendant Wesam Al Delaema with four counts: (1) Conspiracy to Kill United States Nationals Outside the United States, in violation of 18 U.S.C. § 2332(b); (2) Conspiracy to Use a Weapon of Mass Destruction, in violation of 18 U.S.C. § 2332a(a)(1)&(3); (3) Possession of a Destructive Device During and in Relation to a Crime of Violence and Aiding and Abetting and Causing an Act to be Done, in violation of 18 U.S.C. § 924(c) and 2; and Conspiracy to Possess a Destructive Device During and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(o).

The defendant in this case is currently in custody in the Netherlands. The government's purpose in filing a Criminal Complaint on that date was to inform the Dutch immediately of the U.S. criminal charges and to state formally our intention to extradite the defendant. This action

needed to be taken on that same date, because after that date, the ability of the United States to extradite this defendant would have been negatively impacted by the pending Dutch prosecution. Given our intention to file a provisional arrest warrant request immediately with the Dutch, we intended to have the Complaint, the Affidavit in Support of the Complaint and the arrest warrant be public documents.

**The United States did not file a motion to seal these documents.**  Nonetheless, the Clerk's Office informed us that, by operation of its general practice, all criminal complaints, affidavits in support thereof and arrest warrants are routinely sealed.  Accordingly, despite our orally expressed desire <u>not</u> to file these documents under seal, the Clerk's Office informed us that the documents were sealed.

As a result, on the afternoon of Wednesday, July 27, 2005, the government contacted the Honorable Magistrate Judge John M. Facciola, who was then sitting in for Magistrate Judge Robinson, and orally moved to unseal the Criminal Complaint, the Affidavit in Support of that Complaint and the arrest warrant in this case.  This Court orally granted that motion and orally ordered the Clerk's office accordingly.  This written motion is intended to memorialize that prior oral motion.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue a written Order confirming its prior oral order to unseal the Criminal Complaint, the Affidavit in Support of that Complaint and the arrest warrant in this case.

    Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058


By: _____
GREGG A. MAISEL
Assistant United States Attorney
D.C. Bar No. 477902
Transnational/Major Crimes Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-7746