UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-0420M-01 |
| | ) | |
| v. | ) | |
| | ) | |
| WESAM AL DELAEMA, | ) | |
| also known as Wesam Khalaf Chayed Delaeme, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO UNSEAL**

FILED
AUG 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Having considered the "Government's Motion to Unseal," and having previously granted the government's motion orally on July 27, 2005, for good cause shown,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED, *nunc pro tunc*, as of July 27, 2005, that the Clerk of the Court shall immediately unseal the Criminal Complaint, the Affidavit in Support thereof and the arrest warrant in the above-captioned matter.

Date: AUG 0 4 2005

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc: Gregg A. Maisel
Assistant U.S. Attorney
Transnational/Major Crimes Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C. 20530